UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| PARICO DOMINIC COFFEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:26-cv-00148-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| WARDEN IVAN KROW, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Consistent with the Court's Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Coffey's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, [**R. 1**], is **DENIED**.

2. No certificate of appealability shall issue.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This the 28th day of April, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

- 1 -